JS 45 (01/2008)

## Criminal Case Cover Sheet                                                                         U.S. District Court

**Place of Offense:**                    Under Seal: Yes  X  No ____     Judge Assigned: _____
City    Woodbridge    ____Superseding Indictment   _____ Criminal Number: _____
County/Parish  Prince William   Same Defendant _____     New Defendant   XX  _____
                                         Magistrate Judge Case Number  1:09 MJ 540   Arraignment Date: ____
                                         Search Warrant Case Number   _____
                                         R 20/R 40 from District of   _____
                                         Related Case Name and No: _____

**Defendant Information:**
Juvenile --Yes ___  No  X   FBI # _____
Defendant Name: JIMMIE L. CHATMON JR.        Alias Name(s) _____
Address: _____
Employment: _____
Birth date _____ SS# _____ Sex __ Def Race _____ Nationality _____ Place of Birth _____
Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____
   Interpreter:  X  No  ___ Yes  List language and/or dialect: _____  Automobile Description _____

**Location Status:**

Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody       ___ On Pretrial Release    X  Not in Custody
 X  Arrest Warrant Requested       ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending         ___ Detention Sought        ___ Bond _____

**Defense Counsel Information:**
Name: _____               ___ Court Appointed       Counsel conflicted out: _____
Address: _____            ___ Retained              _____
Telephone: _____          ___ Public Defender       Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**
SAUSA  Reka Laszlo   Telephone No:  703-299-3700        Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
SA Jason Manning, U.S. Postal Service Office of Inspector General

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 371 / 500 | Consp. to defraud U.S. Postal Service | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date:  8/11/09    Signature of SAUSA  _Reka Laszlo_

JS 45 (01/2008)

# Criminal Case Cover Sheet                                                          U.S. District Court

**Place of Offense:**                Under Seal: Yes __ X__ No ____        Judge Assigned: _____

City  __Woodbridge__   Superseding Indictment _____   Criminal Number: _____

County/Parish __Prince William__ Same Defendant _____   New Defendant __XX__

Magistrate Judge Case Number  __1:09 MJ 540__   Arraignment Date: _____

Search Warrant Case Number  _____

R 20/R 40 from District of  _____

Related Case Name and No:  _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_  FBI # _____

Defendant Name: __PHILANDER Y. JORDAN__   Alias Name(s) _____

Address: _____

Employment: _____

Birth date _____ SS# _____ Sex __ Def Race _____ Nationality _____ Place of Birth _____

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date  _____

___ Already in Federal Custody as of _____ in _____

_X_ Already in State Custody        ___ On Pretrial Release        ___ Not in Custody

_X_ Arrest Warrant Requested       ___ Fugitive                   ___ Summons Requested

___ Arrest Warrant Pending          ___ Detention Sought          ___ Bond _____

**Defense Counsel Information:**

Name: _____        ___ Court Appointed        Counsel conflicted out: _____

Address: _____       ___ Retained               _____

Telephone: _____      ___ Public Defender        Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

SAUSA __Reka Laszlo__  Telephone No: __703-299-3700__   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

SA Jason Manning, U.S. Postal Service Office of Inspector General

**U.S.C. Citations:**

|        | Code/Section      | Description of Offense Charged       | Count(s) | Capital/Felony/Misd/Petty |
|--------|-------------------|--------------------------------------|----------|---------------------------|
| Set 1  | 18 USC 371 / 500  | Consp. to defraud U.S. Postal Service | 1        | Felony                    |
| Set 2  |                   |                                      |          |                           |
| Set 3  |                   |                                      |          |                           |

(May be continued on reverse)

Date: __8/11/09__   Signature of SAUSA  __Reka Laszlo__